UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LACK,<br><br>    Petitioner<br><br>    v.<br><br>C. KOENIG,<br><br>    Respondent. | Case No. 2:18-cv-02060-RGK (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative 28 U.S.C. § 2254 petition in this case and related supporting briefs and lodgments (Dkts. 31, 31-1, 47, 48), all relevant pleadings and other documents filed and lodged in this action including Respondent's Motion to Dismiss (Dkts. 58-59, "Motion") and the related Opposition and Reply papers (Dkts. 64 and 69), the Report and Recommendation of United States Magistrate Judge (Dkt. 71, "Report"), and Petitioner's Objection to the Report and Recommendation (Dkt. 74).  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters to which objections have been stated.

Petitioner's assertions and arguments have been reviewed carefully.  The Court, however, concludes that nothing set forth in the Objection or otherwise in

the record for this case affects or alters, or calls into question, the findings and analysis set forth in the Report.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED; (2) the Petition is dismissed with prejudice on the ground that it is untimely; and (3) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  May 13, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE