JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LACK,<br><br>        Petitioner<br><br>    v.<br><br>C. KOENIG,<br><br>        Respondent. | Case No. 2:18-cv-02060-RGK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 13, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE